FILED

2009 DEC -9 AM 11:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>~~Ron Allen~~ Ronald Allen<br>DEFENDANT(S). | CASE NUMBER 09-2828M<br><br>**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the ______ District of New Jersey on 12/3/2009
at ______ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 1349
to wit: ______

A warrant for defendant's arrest was issued by: ______

Bond of $______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 12/09/09, by

Alma Felix, Deputy Clerk.

[signature]
Signature of Agent

Adam W. Storer
Print Name of Agent

FBI
Agency

Special Agent
Title