United States District Court
District of New Jersey

**UNITED STATES OF AMERICA**

v.

**RONALD ALLEN**

# WARRANT FOR ARREST

**Case Number:** 09- 09-2828M

FILED
2009 DEC -9 PM 12:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Ronald Allen

**and bring him forthwith to the nearest magistrate to answer a(n)**

X Indictment __ Information __ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

which charges that he knowingly and intentionally conspired and agreed with CC-GM and others to devise a scheme and artifice to defraud insureds, and to obtain money and property, by means of false and fraudulent pretenses, representations and promises,

in violation of Title 18, United States Code, Section(s) 1349

Hon. Douglas E. Arpert
**Name of Issuing Officer**

US Magistrate Judge
**Title of Issuing Officer**

[signature]
**Signature of Issuing Officer**

December 3, 2009, Trenton, NJ
**Date and Location**

Bail fixed at $ ________ by ________

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |